**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kevin Scott CONWAY, Defendant–
Appellant.**

**No. 07–14284
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 28, 2008.

Robert Augustus Harper, Jr., Tallahassee, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, appointed counsel for Kevin Scott Conway in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel also filed a motion to allow Conway to file an appellate brief *pro se.* Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** counsel's motion to allow Conway to file an appellate brief *pro se* is **DENIED** as moot, and Conway's conviction and sentence are **AFFIRMED.**